UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS<br>  400 South Maple Avenue, Suite 400<br>  Falls Church, VA 22046,<br>  (703) 533-4400,<br><br>             Plaintiff,<br><br>     v.<br><br>INTERNAL REVENUE SERVICE<br>  1111 Constitution Avenue, NW<br>  Washington, DC 20224,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. In this action for declaratory and injunctive relief, plaintiff Tax Analysts seeks disclosure of records that were improperly withheld by the Internal Revenue Service ("IRS") regarding awards to senior personnel at the agency.

Jurisdiction and Venue

2. This court has jurisdiction of this action under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue lies in this district pursuant to 5 U.S.C. § 1391(e).

Parties

3. Plaintiff Tax Analysts is a nonprofit corporation organized and existing under the laws of the District of Columbia. Tax Analysts is qualified as a charitable and educational organization described in IRC § 501(c)(3). Consistent with that mission, and since its founding in 1970, Tax Analysts is a leading publisher of information concerning the enactment and administration of the tax laws of the

United States, individual states, and other countries, the adjudication of tax cases by courts and other tribunals of the United States, individual states, and other countries, as well as other subjects relating to taxation.  Its publications include Tax Notes, Tax Notes Today, State Tax Notes, State Tax Today, Tax Notes International, and Worldwide Tax Daily, serving 150,000 subscribers and readers. It also operates web sites at www.taxnotes.com and www.taxanalysts.org.

    4.  Defendant IRS is an agency of the United States government.

## Factual Background

    5.  The IRS is charged with administering the tax laws of the United States, a huge task that affects every person, company, and organization in this country. In recent years there has been a public debate in Congress and elsewhere about the IRS's effectiveness in carrying out its mission, consistent with budget constraints on the IRS and federal agencies generally.  One way to consider that issue is to examine information on the way the IRS rewards senior personnel with bonuses for superior job performance.  This information can shed light on what issues the IRS deems particularly significant or particularly difficult, among other reasons.

    6.  As a news organization that reports on IRS activities, Tax Analysts has reported on the debate over IRS effectiveness and plans to continue doing so.  As part of that effort, Tax Analysts sent the IRS a FOIA request dated 2 February 2015 that sought:

> Records of bonus awards given to both members of the senior executive service and to managers (non-bargaining unit employees, at a level of GS-15 and above) who are employed in the IRS's Office of Chief Counsel.
>
> This request covers personnel in both Headquarters and IRS field offices and covers the period from January 1, 2010 to the present, including names, titles, dates of awards, amounts of awards, and reason for the award.

7. By letter dated 27 February 2015, the IRS advised that it would be unable to provide the requested records by the statutory deadline, even if extended pursuant to statute, and that the anticipated response date was 3 June 2015.

8. By letter dated 1 June 2015, the IRS advised that it was "still working on your request" and needed additional time. Rather than provide an anticipated response date, however, IRS simply stated that it would "contact you by August 17, 2015" if it was "still unable to complete your request."

9. Tax Analysts' request letter stated that Tax Analysts was willing to discuss ways to facilitate IRS's processing of these records. Indeed, Tax Analysts has engaged in such discussions in the past and found them useful as a way to put a priority on disclosing information that can be readily provided, to limit the request in order to make it more manageable, and generally to speed up the process for the benefit of both the requester and the IRS. To date, the IRS has not responded to this offer.

10. Tax Analysts has exhausted its administrative remedies.

11. Tax Analysts has a statutory right of access to the records it seeks and there is no legal basis for IRS to withhold those documents.

12. Tax Analysts has no remedy at law and will suffer irreparable injury absent relief from this Court.

## Requests for Relief

Wherefore, plaintiff requests that this Court:

1. Declare that IRS's failure to disclose the requested records to Tax Analysts is unlawful under the FOIA;

2. Preliminarily and permanently enjoin IRS from withholding the requested records from Tax Analysts;

3. Award Tax Analysts its costs and a reasonable attorney's fee; and

4. Grant such other and further relief as the Court may deem just and equitable.

Respectfully submitted,

*Cornish F. Hitchcock*

Cornish F. Hitchcock (D.C. Bar No. 238824)
  Hitchcock Law Firm PLLC
  5614 Connecticut Avenue, NW  No. 304
  Washington, D.C. 20015
  (202) 489-4813 · (202) 315-3552 (fax)
  E-mail: conh@hitchlaw.com
Attorney for Plaintiff

Dated: 23 June 2015